IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                       SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date:  August 30, 2012 |
| Court Reporter: Terri Lindblom | |
| Probation Officer: Matthew Farwell | Interpreter: Susanna Cahill |

Criminal Action No.: 12-cr-00111-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Shana L. Martin |
|     Plaintiff, | |
| v. | |
| SUED BLADEMIR TURICOIS-ARRAZOLA, | Matthew C. Golla |
|     Defendant. | |

## SENTENCING MINUTES

**11:22 a.m.   Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing: June 4, 2012.**

**Defendant plead guilty to Count One of the Indictment.**

Preliminary remarks by the Court.

Parties received and reviewed the presentence report.

Defendant sworn.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Government's Motion To Grant The Defendant An Additional One-Level Decrease Pursuant to U.S.S.G.§3E1.1(b) [Filed 7/31/12; Doc. No. 20] is DENIED.**

**ORDERED:   Motion For Below-Guideline Statutory Or "Variant" Sentence (Filed 8/14/12; Doc. No. 21) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **30 months.**

**SUPERVISED RELEASE:**
No term will be imposed because the Defendant shall be deported, upon the completion of his sentence. However, if the defendant should reenter or remain in the United States illegally, it is obvious that he may not possess a firearm or illegally possess a controlled substance, and he may be subject to further federal prosecution.

It is the recommendation of this Court that the Defendant receive the maximum sentence provided by the law, if the he receives any further federal prosecutions,.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

The Court states that any credit for good time is determined by the Bureau of Prisons, according to statute.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:48 m.        Court in recess.**
Hearing concluded.
Total in-court time: 26 minutes.